IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IBIS OLIVA | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 13-1508 |
| CAROLYN W. COLVIN | : | |

### ORDER

**AND NOW**, this 11th day of February, 2014, upon consideration of Plaintiff's Motion for Summary Judgment and Petition for Review (Document No. 11), and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells.

  /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.